1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                              OAKLAND DIVISION
9

| | |
|---|---|
| DOUGLAS J. BOGGS, MICHELE A. MOQUIN,<br><br>              Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK NA, et al.,<br><br>              Defendants. | Case No: C 11-2346 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 37 |

     Pursuant to the stipulation of the parties, Dkt. 37, the hearing on Defendants' motion to dismiss scheduled for September 30, 2011 is CONTINUED to **October 24, 2011 at 1:00 p.m.** The Court, in its discretion, may resolve the motion without oral argument. Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether a court appearance is required.

     IT IS SO ORDERED.

Dated: September 26, 2011

                                             _____
                                             SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS J BOGGS et al,

       Plaintiff,

 v.

WELLS FARGO BANK NA et al,

       Defendant.
                                 /

Case Number: CV11-02346 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas J. Boggs
1038 57th Street
Oakland, CA 94608

Dated: September 27, 2011
                                              Richard W. Wieking, Clerk

                                                    By: LISA R CLARK, Deputy Clerk