# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS J. BOGGS, MICHELLE A MOQUIN,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK NA, WACHOVIA MORTGAGE, WORLD SAVINGS, NDEX WEST LLC, GOLDEN W SAV. ASSOC. SERVICES CO., and DOES 1 to 50,<br><br>Defendants. | CASE NO.: 4:11-cv-02346-SBA<br><br>[Assigned to the Hon. Saundra B. Armstrong]<br><br>**ORDER GRANTING REQUEST TO CONDUCT BELATED MEET AND CONFER AND TO CONTINUE PLAINTIFFS' RESPONSE DATE TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Current Response Date: December 15, 2011<br><br>New Response Date: December 30, 2011<br><br>**Hearing Date**:<br><br>Date: April 9, 2012<br>Time: 1:00 p.m.<br>Ctrm: 1, 4th Floor |

Having read and considered the foregoing Stipulation, and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED:**

1. The Parties are to meet and confer on Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia Mortgage, FSB,

C:\DOCUME~1\WORKST~1\LOCALS~1\TEMP\NOTES06E812\ORDER GRANTING STIP. TO CONT. PLTF'S RESP. DATE TO MTD AND MTS SAC (BOGGS) (00282363).DOC

1

CASE NO. 4:11-CV-02346-SBA
ORDER CONTINUING PLTF'S RESP. DATE ON MOTIONS TO DISMISS AND TO STRIKE

f/k/a World Savings Bank, FSB ("Wells Fargo") and Golden West Savings Association Service Co. ("Golden West") (collectively "Defendants") Motion to Dismiss and Motion to Strike on December 9, 2011 at 11:00 a.m. by telephone.

2. Plaintiffs' deadline to respond to Defendants' Motions is extended to December 30, 2011, should the meet and confer in paragraph 3 fail to reach a full resolution of the Motions.

3. Defendants' reply will therefore be due on January 6, 2012.

Dated: 12/7/11

*[signature]*
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\WORKST~1\LOCALS~1\TEMP\NOTES06E812\ORDER GRANTING STIP. TO CONT. PLTF'S RESP. DATE TO MTD AND MTS SAC (BOGGS) (00282363).DOC

2

CASE NO. 4:11-CV-02346-SBA
ORDER CONTINUING PLTF'S RESP. DATE ON MOTIONS TO DISMISS AND TO STRIKE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS J BOGGS et al,

      Plaintiff,

v.

WELLS FARGO BANK NA et al,

      Defendant.

                                          Case Number: CV11-02346 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas J. Boggs
1038 57th Street
Oakland, CA 94608

Michelle A. Moquin
1038 57th Street
Oakland, CA 94608

Dated: December 8, 2011

                                           Richard W. Wieking, Clerk

                                           By: LISA R CLARK, Deputy Clerk

C:\DOCUME~1\WORKST~1\LOCALS~1\TEMP\NOTES06E812\ORDER GRANTING STIP. TO CONT. PLTF'S RESP. DATE TO MTD AND MTS SAC (BOGGS) (00282363).DOC

3

CASE NO. 4:11-CV-02346-SBA
ORDER CONTINUING PLTF'S RESP. DATE ON MOTIONS TO DISMISS AND TO STRIKE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document entitled **ORDER GRANTING REQUEST TO CONDUCT BELATED MEET AND CONFER AND TO CONTINUE PLAINTIFFS' RESPONSE DATE TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT** on all interested parties in said case addressed as follows:

*Served Electronically via the Court's CM/ECF System:*

*Counsel for Defendant NDEX WEST, LLC and LSI TITLE COMPANY*
Edward A. Treder, Esq.
Deepika S. Saluja, Esq.
Masumi Jagdish Patel, Esq.
BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS LLP
20955 Pathfinder Rd., Ste. 300
Diamond Bar, CA  91765
Tel:  (626) 915-5714; Fax: (909) 595-7640
edwardt@bdftw.com,
deepikas@bdfgroup.com,
masumijp@bdfgroup.com

*Served by Means Other Than Electronically via the Court's CM/ECF System:*

*Plaintiffs Pro Se:*
Douglas J. Boggs
Michelle A. Moquin
1038 57th St.
Oakland, CA  94608
Tel: (510) 428-1236; Fax: (415) 963-3486

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully paid thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **December 6, 2011.**

| Mark Betti | /s/ Mark Betti |
|---|---|
| (Print name) | (Signature) |

C:\DOCUME~1\WORKST~1\LOCALS~1\TEMP\NOTES06E812\ORDER GRANTING STIP. TO CONT. PLTF'S RESP. DATE TO MTD AND MTS SAC (BOGGS) (00282363).DOC

CASE NO. 4:11-CV-02346-SBA
CERTIFICATE OF SERVICE